OCT 28 2026 PM2:52
FILED - USDC - FLMD - JAX

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CIVIL ACTION
CASE NUMBER:
3:26-cv-02999-JEP-PDB

DARIUS DACOSTA PADMORE
*Plaintiff,*

V.

COX MEDIA GROUP
ALEX TAYLOR
*Defendants,*

---

# CLAIM FOR DEFAMATION

COMES NOW I, DARIUS DACOSTA PADMORE file this claim for defamation.

This case is being pursued at stated:

## I. ALLEGATIONS/CAUSE OF ACTION

**1.** This case is in regards to libelous and slanderous posts made by news outlets owned by COX MEDIA GROUP and ALEX TAYLOR (Defendants) about DARIUS DACOSTA PADMORE (Plaintiff).

**2.** I am pursuing this defamation lawsuit for Defendants posting several knowingly false statements defaming my character and never properly retracting or apologizing. The posts are *facie prima* and falsely alleged that I battered and assaulted a Law Enforcement Officer at the Clay County Sheriff's Office on May 15th, 2023 in Clay County, Florida.

**3.** The referred posts are/were published online on news outlets owned and operated by Defendants. These outlets include ACTION NEWS JAX, 104.5 WOKV, and FOX23 NEWS. These posts make fraudulent claims that I battered and assaulted a Law Enforcement Officer with a mugshot of myself.

**4.** After being acquitted I recently notified Defendants to properly retract and apologize. The posts remained up after my notification and are still currently viewable online.

**5.** The posts are violations and a breach of Florida Statutes § 836.08, 836.09 and 836.11. ALEX TAYLOR is also liable for the posts made under Florida Statute § 836.03. The Defendants have been properly notified of the falsities of the posts and have not followed the obligations set by Florida Statute § 836.08(2) after notification.

## II. STATUTES OF LIMITATIONS

**6.** This case is within statutes of limitations set by The Florida Senate House Bill 667 (CS/HB 667). The failure to properly remove and retract false statements treats the continued appearance of the posts as a new publication.

**7.** I also discovered the posts made by Defendants August of 2026 and am entitled to a tolled date by the Delayed Discovery Rule. The discovery rule provides that the accrual date of a cause of action is delayed until the plaintiff is aware of the plaintiff's injury and its negligent cause. (Jolly v. Eli Lilly & Co. (1988) 44 Cal.3d 1103, 1109 [245 Cal.Rptr. 658, 751 P.2d 923].)

## III. JURISDICTION

**8.** This court is proper and holds jurisdiction for this case due to diversity of citizenship under 28 U.S.C. § 1332.

**9.** I am a resident of Clay County, Florida.

## IV. <u>PRAYER FOR RELIEF</u>

**10.** I am demanding the court to order the Defendants to pay $500,000 in punitive and actual damages

**11.** I am demanding the court to order the Defendants to properly retract and apologize.

## CERTIFICATE OF STATUS

I certify that a copy of this document has been mailed to 2741 NORTH 29TH AVENUE HOLLYWOOD, FLORIDA 33020 to COX MEDIA GROUP and ALEX TAYLOR on or about October 28, 2026.

SIGN Darius Padmore

Darius Padmore

1444 Pawnee Street

Orange Park FL, 32065

dariuspadmore@yahoo.com